IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYRONE HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES O'CLALLAGHAN and DREW FERGUSON, in their individual capacities;<br><br>    Defendants. | 4:13CV3066<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

The motion to withdraw filed by Ryan C. Gilbride, as counsel of record on behalf of the defendants, Drew Ferguson and Charles O'Clallaghan, (filing no. 10), is granted.

June 6, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge